In the Matter of DANIEL J. RICE, INC., Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.-

In our opinion, there was a substantial factual basis for the making of the subject resolution (cf. *Matter of Caristo Constr. Corp.* v. *Rubin, supra*; *Matter of Kayfield Constr. Corp.* v. *Morris*, 15 A D 2d 373), hence the court may not substitute its judgment for that of the Board of Education (*Matter of Diocese of Rochester* v. *Planning Bd.*, 1 N Y 2d 508, 520). No issues of fact were considered. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.